UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DEWAYNE ALLEN,

    Plaintiff,

    v.

LT. B. JONES, et al.,

    Defendants.

Case No.  C 14-2765 KAW (PR)

ORDER OF TRANSFER

Plaintiff Michael DeWayne Allen, a state prisoner incarcerated at California State Prison-Sacramento ("CSP-Sacramento"), has filed a civil rights action under 42 U.S.C. § 1983 complaining of constitutional violations by the staff at CSP-Sacramento.

The acts complained of in this complaint occurred at CSP-Sacramento, which is located in Sacramento County in the Eastern District of California.  Venue, therefore, properly lies in the Eastern District and not in this one.  See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court shall terminate all motions and transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: 9/10/14

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE